FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2005 JUL 14  PM 3: 02

CLERK OF COURT

Stephen C. Maxwell (State Bar No. 13258500)
MAXWELL & KNOWLES, PC
100 East 15th Street, Suite 120
Fort Worth, Texas 76102
Telephone: (817) 885-8899
Facsimile: (817) 885-8499

Peter M. de Jonge (Utah Bar. No. 7185)
Gordon K. Hill (Utah Bar No. 9361)
THORPE NORTH & WESTERN, LLP
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| FLEXIBLE INNOVATIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN COVERS, INC., d/b/a HANDSTANDS, <br><br> Defendant. | CIVIL ACTION NO. <br> 4-05-CV-021-A <br><br> **DEFENDANTS MOTION TO DISMISS** |

1

## DEFENDANT'S MOTION TO DISMISS

The Defendant, American Covers, Inc. hereby moves this court to exercise the Court's discretion in this matter, and dismiss the current action, which includes Plaintiff Flexible Innovations, Inc.'s claim for declaratory judgment.

DATED: July 14, 2005            MAXWELL & KNOWLES, PC

                                _____
                                Stephen C. Maxwell
                                State Bar No. 13258500

                                MAXWELL & KNOWLES, PC
                                100 East 15th Street, Suite 120
                                Fort Worth, Texas 76102
                                Telephone: (817) 885-8899
                                Facsimile: (817) 885-8499

                                Peter M. de Jonge
                                Gordon K. Hill
                                THORPE NORTH & WESTERN, LLP
                                8180 South 700 East, Suite 200
                                Sandy, Utah 84070
                                Telephone: (801) 566-6633
                                Facsimile: (801) 566-0750

                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing DEFENDANT'S MOTION TO DISMISS was served upon Defendant's counsel by depositing a copy of the same with the United States Post Office via first class mail, postage prepaid, in an envelope addressed to:

Richard L. Schwartz
WHITAKER CHALK SWINDLE & SAWYER, L.L.P.
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186

Peter M. de Jonge
Gordon K. Hill
THORPE NORTH & WESTERN, LLP
8180 South 700 East, Suite 200
Sandy, UT 84070-0562

on this 14 day of July, 2005.

_____
STEPHEN C. MAXWELL