# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

*(Include names of all parties to the appeal. Use separate sheet if needed.)*

Tribunal Appealed from: __10/11/2005__   Docket No.: __4:05-CV-021 A__

v.

*Plaintiff\**  Flexible Innovations Ltd          *Defendant\**  American Covers Inc dba Handstands

Counsel:                                        Counsel:
*(Use separate sheet for additional counsel, if needed.)*

Name: __Richard Schwartz__                      Name: __Peter M de Jonge__
Firm: __Whitaker Chalk Swindle Sawyer__         Firm: __Thorpe North & Western__
Address: __301 Commerce Street__                Address: __8180 S 700 East #200__
         __Fort Worth TX 76102__                         __Sandy UT 84070__
Phone: __817-878-0524__                         Phone: __801-566-6633__

Name: _____                                    Name: _____
Firm: _____                                    Firm: _____
Address: _____                                 Address: _____

Phone: _____                                   Phone: _____

Court Reporter: _____

_____ Address

_____ Room No.

_____ City

Date of Judgment or Decision: __8/17/05__
Date of Notice of Appeal: __10/11/2005__
Cross Appeal(s):     Yes ☐    No ☐
Related Appeal(s):   Yes ☐    No ☐

Appellant is: Plaintiff ☐    Defendant ☐

Type of case: __Trademark Infringement__

FEES:

| | | | | |
|---|---|---|---|---|
| Court of Appeals Docket Fee Paid | ☒ Yes | ☐ No | | |
| Motion for Pauper Status: | ☐ Granted | ☐ Denied | ☐ Pending | ☐ None |
| U.S. Appeal: | ☐ Yes | ☐ No | | |

IMPORTANT:  FORWARD COPY OF NOTICE OF APPEAL AND DOCKET ENTRIES OR CERTIFIED LIST, WITH THIS FORM.

*\*Includes parties occupying positions of plaintiff (e.g., petitioner) and defendant (e.g., respondent).*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Office of the Clerk
Fort Worth Division

501 W. Tenth St. Room 310
Ft. Worth Texas 76102

October 13, 2005

Jan Horbaly, Clerk
US Court of Appeals for the Federal Circuit
National Courts Building, Room 401
717 Madison Place NW
Washington DC 20439

Subject: 4:05-CV-021 A Flexible Innovations Ltd vs American Covers dba Handstands

Dear Ms Horbaly:

In connection with this appeal, enclosed are: (1) a certified copy of the Notice of Appeal; (2) a certified copy of this court's docket entries; (3) your court's Appeal Information Sheet.

Please acknowledge receipt of the above on the enclosed copy of this letter.

Sincerely,

KAREN MITCHELL, CLERK

*Charlotte White*
Deputy Clerk