

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
FEB ... 2006

2   FEB 15   AM 9:23

CLERK OF COURT

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4-05-CV-021-A |
| AMERICAN COVERS, INC. d/b/a | § | |
| HANDSTANDS, | § | |
| | § | |
| Defendant. | § | |

## APPENDIX TO PLAINTIFF'S
## MOTION FOR CONTEMPT

|  |  | Appendix |
|---|---|---|
| **Exhibit** | **Description** | **Pages** |
| A | Affidavit of Fred Antonini | 1-5 |
| A1 | Flexible's "**EGRIPS**" U.S. Trademark Registration 2,899,410 | 6 |
| A2 | Agreed Partial Consent Judgment, signed and filed May 18, 2005 | 7-8 |
| A3 | Evidence of Defendant ACI's Continued Use of "IGRIP™" | 9 |
| A4 | Evidence of Defendant ACI's Use of "GRIPS™" | 10 |
| A5 | Photograph of ACI Trade Show booth at the Consumer Electronics Show in Las Vegas, Nevada, during January 5-8, 2006, showing ACI's display and marketing of its "IGRIP" and "GRIPS" frictional holding products | 11 |
| A6 | ACI's web pages showing current use of "**IGRIP**" and "**GRIPS**" | 12-13 |
| A7 | Photograph of ACI's Trade Show Booth at the ASI (Advertising Specialities) Trade Show in Dallas, Texas, during February 8-10, 2006, showing ACI's display and marketing of its "**GRIPS**" frictional holding products | 14 |

| Exhibit | Description | Appendix Pages |
|---|---|---|
| B | Affidavit of Fred Antonini Concerning Confidential Settlement Agreement | 15-16 |
| B1 | Confidential Settlement Agreement, effective May 10, 2005 (Under Seal) | *(Confidential)* 17-25 |

Respectfully submitted,

Richard L. Schwartz
TBA # 17869500
Thomas F. Harkins, Jr.
TBA # 09000990
**WHITAKER, CHALK, SWINDLE & SAWYER, L.L.P.**
301 Commerce Street, Suite 3500
Fort Worth, TX 76133-4168
Phone: (817) 878-0500
Fax: (817) 878-0501

**ATTORNEYS FOR PLAINTIFF
FLEXIBLE INNOVATIONS, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the _13th_ day of February, 2006, I served a copy of this instrument by First Class, United States mail, postage prepaid, on counsel for Plaintiff, Peter M. de Jonge and Nathan S. Winesett, THORPE NORTH & WESTERN LLP, P.O. Box 1219, Sandy, Utah 84091-1219; and Stephen C. Maxwell, MAXWELL & KNOWLES, PC, 100 East 15th St., Ste. 120, Fort Worth, TX 76102.

Richard L. Schwartz

**APPENDIX TO PLAINTIFF'S MOTION FOR CONTEMPT**

F:\Stor\RLS\FLEXIBLE\ACI\P&D\AppendixP'sMtnContempt.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4-05-CV-021-A |
| AMERICAN COVERS, INC. d/b/a | § | |
| HANDSTANDS, | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF FRED ANTONINI

I, Fred Antonini, upon oath do solemnly swear:

1.     I am above the age of twenty-one years, have never been convicted of a felony or crime of moral turpitude, and am fully competent to make this Affidavit.

2.     I am the President of Antonini Enterprises, Inc., the general partner of FLEXIBLE INNOVATIONS, LTD. ("Flexible") and as such am duly authorized to make this Affidavit on its behalf.

3.     Flexible has been in the business of designing, marketing, and selling frictional holding products, which operate by friction to hold electronic devices, like cell phones, iPods, and the like in place on surfaces, such as the dash of a car.

4.     In January 2003, Flexible decided to adopt and use a mark for these items and subsequently did adopt and begin using the mark "**EGRIPS**" for its frictional holding products, which it has continuously used in commerce in the United States from June 2003

AFFIDAVIT OF FRED ANTONINI                                                                                    PAGE 1
F.\Stor\RLS\FLEXIBLE\ACI\P&D\Antonini\Affidavit.wpd

Ex A                                          *Appx 1*

to the present.   The web site, www.egrips.com displays the wide variety of Flexible's current **"EGRIPS"** branded frictional holding products.

5.      Flexible registered the "**EGRIPS**" mark with the United States Patent and Trademark Office on November 2, 2004, as U.S. Trademark Registration No. 2,899,410, a true and accurate copy of which is attached as Exhibit "A1."

6.      Subsequently, I learned in the marketplace that AMERICAN COVERS, INC. d/b/a HANDSTANDS ("ACI") was using the mark "**IGRIP**" on similar products.  I considered this to be confusingly similar to Flexible's "**EGRIPS**" mark, and I instructed Flexible's counsel to pursue the matter.

7.      A suit was filed on Flexible's behalf in this Court against ACI.

8.      A settlement was reached with ACI in a Confidential Settlement Agreement ("CSA") effective May 10, 2005, whereby ACI, among other things, agreed "to cease the promotion, advertising, and selling any of its frictional holding products under the "**IGRIP**" mark or any other mark that is confusingly similar to Flexible's **"EGRIPS"** mark."  I signed the CSA on behalf of Flexible.

9.      A true, accurate, and complete copy of the CSA is attached to my separate Affidavit Concerning Confidential Settlement Agreement, so that the CSA may be filed under seal.

10.      Further, I am aware of (and which is also part of the Record) that an Agreed Partial Consent Judgment ("APCJ") was signed by this Court and filed on May 18, 2005. A true and accurate copy of the APCJ is attached as Exhibit "A2" hereto.

**AFFIDAVIT OF FRED ANTONINI**                                                                                  **PAGE 2**
F.\Stor\RLS\FLEXIBLE\ACI\P&D\AntoniniAffidavit.wpd

11.     During January 5-8, 2006, I and other Flexible associates attended the CONSUMER ELECTRONICS SHOW ("CES") in Las Vegas, Nevada, at which time the ACI's trade show booth was visited.

12.     Attached as Exhibit "A3" hereto is a true and accurate photocopy of ACI's product packaging with product that Flexible secured at the CES trade show.  The face of ACI's product packaging prominently displays – "IGRIP™ HOLDS Ipod™ ON DASH" – followed below by a picture of a frictional holding pad with the mark "IGRIP" formed in the pad, with an electronic device placed on the pad.  The bottom of the product packaging reads "Perfect Companion for all iPods™" and below that, "no more slipping or sliding."  The back of the product packaging prominently displays the **"IGRIP"** mark.  This product was being marketed and sold by ACI at the CES trade show.  I consider this to be a clear violation of the APCJ.

13.     In addition, attached as Exhibit "A4" is a photocopy of an ACI product packaging marketed as **"GRIPS™"** (along with the word "Gadget") for a frictional holding product that Flexible also secured at the CES trade show.  In my opinion, ACI's usage of "**GRIPS**," whether alone or in combination with "Gadget," is a breach of the CSA, paragraph 3.

14.     Attached as Exhibit "A5" is a photograph of a portion of ACI's booth as it appeared at the Las Vegas CES trade show.  This photograph shows five "Gadget **GRIPS**" as showcased under a heading of "Gadget **GRIPS™**" on display, and at the far right, displayed the "**IGRIP**" product of ACI.  This ACI display, which Flexible associates saw, was presented in conjunction with sales or marketing of ACI's anti-slip, frictional holding

products.  In my opinion, this violates both the mandate of the APCJ and the terms of the CSA.

15.    I subsequently checked ACI's website at www.handstands.com and discovered that ACI continues to use **"IGRIP"** as a link to associate web users with ACI's frictional holding products and **"GRIPS"** for its frictional holding products, as shown in Exhibit A6, Appx at 11-12, respectively.

16.    During February 8-10, 2006, I attended the ASI (Advertising Specialties) Trade Show in Dallas, Texas.  Attached as Exhibit A7, Appx at 13, is a photograph showing a portion of ACI's display as used at this trade show, showing its display and marketing of its **"GRIPS"** frictional holding products.

17.    I consider Flexible's use of the "**EGRIPS**" mark to be fundamental to and of extreme benefit to the business of Flexible in marketing its elastomeric applique frictional products, as it is Flexible's primary market identifier for its products.

18.    I believe that Flexible has been harmed as a result of ACI's continued marketing and sales at this trade show (and perhaps due to otherwise being used since the APCJ, as may be discovered) from ACI's continued use of "**IGRIP**."  Further continued use of the "**IGRIP**" mark by ACI will substantially damage Flexible's reputation and good will in the marketplace and will otherwise damage and harm Flexible's business.

19.    It is my opinion, as the general partner of Flexible, that ACI's use of "**IGRIP**" and "**GRIPS**," as trademarks, is confusingly similar to Flexible's "**EGRIPS**" mark as used in the frictional holding product marketplace.

**AFFIDAVIT OF FRED ANTONINI**                                                              **PAGE 4**
F:\Stor\RLS\FLEXIBLE\ACI\P&D\Antonini:Affidavit.wpd

*Appx 4*

**FURTHER**, Affiant sayeth not.

Fred Antonini

SWORN AND SUBSCRIBED TO BEFORE ME, on this _13th_ day of February, 2006.

NOTARY PUBLIC, STATE OF TEXAS

DANA J. GALENO
NOTARY PUBLIC
STATE OF TEXAS
My Comm Exp. 03 12-07

**AFFIDAVIT OF FRED ANTONINI**                                             **PAGE 5**
F:\Stor\RLS\FLEXIBLE\AC\P&D\AntoniniAffidavit.wpd

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

United States Patent and Trademark Office

Corrected

Reg. No. 2,899,410

Registered Nov. 2, 2004

OG Date Nov. 8, 2005

## TRADEMARK
## PRINCIPAL REGISTER

## EGRIPS

FLEXIBLE INNOVATIONS, LTD. (TEXAS LIMITED PARTNERSHIP)
P.O. BOX 101029
FORT WORTH, TX 761851029

FOR: ELASTOMERIC APPLIQUE FOR PLACEMENT ONTO HANDHELD ELECTRONIC DEVICES TO PROVIDE ANTI-SLIP AND SHOCK ABSORPTION, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 6-5-2003; IN COMMERCE 6-5-2003.

SER. NO. 78-200,215, FILED 1-6-2003.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 8, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 18 2005

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4-05-CV-021-A |
| AMERICAN COVERS, INC. d/b/a | § | A JURY IS DEMANDED |
| HANDSTANDS, | § | |
| | § | |
| Defendant. | § | |

## AGREED PARTIAL CONSENT JUDGMENT

On this day it was made known to the Court that the parties have partially compromised and settled the above-referenced matter, which terms of such settlement agreement are confidential, and that the parties desire that the Court enter this Agreed Partial Consent Judgment.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

1.     Jurisdiction is proper over the parties;

2.     Flexible Innovations, Ltd. is the owner of all right, title, and interest in and to the mark and U.S. Trademark Registration No. 2,899,410 and all goodwill appertaining thereto;

3.     American Covers, Inc. is enjoined from using "IGRIP" in association with its frictional holding products;

**AGREED PARTIAL CONSENT JUDGMENT**                                                    Page 1
F:\STOR\RLS\FLEXI\ACN\JUDG WPD

**Ex A2**                                                                                              *Appx 7*

4.      All trademark claims made in the above-referenced matter, to wit, Count One and Count Two of Plaintiff's First Amended Complaint are hereby dismissed with prejudice;

5.      Nothing herein affects Count Three of Plaintiff's First Amended Complaint; and,

6.      Each of the parties hereto shall bear its own costs and attorneys' fees incurred in this action to date.

IT IS SO ORDERED on this _18_ day of *May* 2005

_____
John H. McBryde
United States District Judge

AGREED AS TO FORM
AND CONTENT:

By: _____
RICHARD L. SCHWARTZ
SBN 17869500

WHITAKER CHALK SWINDLE &
   SAWYER L.L.P.
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
(817)878-0500
Fax: (817)878-0501
rschwartz@whitakerchalk.com

ATTORNEYS FOR PLAINTIFF
FLEXIBLE INNOVATIONS, LTD.

By: _____
PETER M. DE JONGE

THORPE NORTH AND WESTERN, LLP
8180 South 700 East, Ste. 200
Sandy, Utah 84070-0562
(801)566-6633
Fax: (801)566-0750
dejonge@tnw.com

ATTORNEYS FOR DEFENDANT
AMERICAN COVERS, INC. d/b/a
HANDSTANDS

AGREED PARTIAL CONSENT JUDGMENT                                      Page 2
F:\STOR\RLS\FLEXI\ACI\JUDG.WPD

*Appx 8*

# iGrip™

**HOLDS iPOD™ ON DASH**



**Perfect Companion for all iPods™**
no more slipping or sliding

more ▶|▶|



**iGrip**™

**HOLDS iPOD™ ON DASH**

**FEATURES**
• Holds "Stuff" on Dash
• Contours To All Dashboards
• No Adhesives, Leaves No Residue
• Moveable / Washable

Model# 16015 iGrip™ Sticky Pad®

www.HandStands.com

iGrip™ uses HandStands®
Sticky Pad® technology

Made in Taiwan / Patent No. 6,673,409

iPod™ is a registered trademark of Apple Computer, Inc.

0   12844 10015   0

*Appx 9a*





*Appx 10a*





& CHECK

HOME | ABOUT US | CONTACT US | SEARCH | ORDE

Hot NEW
Product ▶    The BuG
AIR FRESHENER

Search By Product

**WHAT'S HOT**

**Air Fresheners**

**iPod/Computer Accessories**

**Automotive Accessories**

**CD/DVD Media Storage**

**Fitness & Fun**

Results for **iGrip**

1 HandStands: Retail: Download Images
Download images of your favorite HandStands® products! **iGrip**, Sticky Pad, Mouse Mats, and the goes on!
URL: http://www.handstands.com/retail/download/   Score: 100%   Date: -   Size: 21 kB

2 HandStands: Retail: Search
HandStands: Retail: Search mmLoadMenus(); SEARCH   Match ANY word Match ALL words • DOWNLOAD IMAGES • PRODUCT SAFETY • SALES SHEETS • RETAIL LOCATOR • PROMOTIONAL...
URL: http://www.handstands.com/retail/search.shtml   Score: 20%   Date: -   Size: 17 kB

[ 1 ]

• DOWNLOAD IMAGES    • PRODUCT SAFETY    • SALES SHEETS    • RETAIL LOCATOR    • PROMOTIONAL PRO

Copyright © 2006 American Covers, Inc.  dba HandStands® All Rights Reserved

**Ex A6**    *Appx 12*

 Shopping with us is 100% GUARANTEED

 & CH

| HOME | ABOUT US | CONTACT US | SEARCH | ORDE |

 HandStands

Hot NEW Product ▶  iSnug — The Ultimate in iPod™ Protection

Search By Product

**WHAT'S HOT**

**Air Fresheners**

**iPod/Computer Accessories**

**Automotive Accessories**

**CD/DVD Media Storage**

**Fitness & Fun**

VIEW LARGER IMAGE



**Gadget Grips™**

E-Mail To Friend

MSRP: $5.99

Features:
• Holds any Gadget on your ca
• 9 cutouts for various digital c
• No adhesives or magnets
• Perfect for iPods and Cell Ph
• Washable, reusable, and mo

TESTIMONIALS

Size: 7 3/8" x 3" x 5/16"

ADD TO CART ▶

 SECURED BY GeoTrust click to verify 25-Jan-06 17:23 GMT

**Related Products:**

 Sticky Pad®
Color: Black          MSRP: $6.99        VIEW PRODU(

 Super Size Sticky Pad®
Color: Black          MSRP: $9.99        VIEW PRODU(

 iSticky Pad®
Color: iPod™ White    MSRP: $8.99        VIEW PRODU(

• DOWNLOAD IMAGES    • PRODUCT SAFETY    • SALES SHEETS    • RETAIL LOCATOR    • PROMOTIONAL PRO

*Appx 13*



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FLEXIBLE INNOVATIONS, LTD.,           §
                                      §
        Plaintiff,                    §
                                      §
v.                                    §        CIVIL ACTION NO.
                                      §        4-05-CV-021-A
AMERICAN COVERS, INC. d/b/a           §
HANDSTANDS,                           §
                                      §
        Defendant.                    §

## AFFIDAVIT OF FRED ANTONINI CONCERNING CONFIDENTIAL SETTLEMENT AGREEMENT

I, Fred Antonini, upon oath do solemnly swear:

1.      I am above the age of twenty-one years, have never been convicted of a felony or crime of moral turpitude, and am fully competent to make this Affidavit.

2.      I am the President of Antonini Enterprises, Inc., the general partner of FLEXIBLE INNOVATIONS, LTD. ("Flexible") and as such am duly authorized to make this Affidavit on its behalf.

3.      Attached hereto as Exhibit B1, Appx at 16-24, is a true and correct copy of the Confidential Settlement Agreement ("CSA") entered into between Flexible and ACI whereby ACI, *inter alia*, agreed "to cease the promotion, advertising, and selling any of its frictional holding products under the '**IGRIP**' mark or any other mark that is confusingly similar to Flexible's '**EGRIPS**' mark."

**AFFIDAVIT OF FRED ANTONINI CONCERNING
CONFIDENTIAL SETTLEMENT AGREEMENT**                                    **PAGE 1**
F \Stor\RLS\FLEXIBLE\ACI\P&D\Antonini\AffConcerningConfidential.wpd

4.     Paragraph 9 of the CSA requires confidentiality of the terms of the CSA, "except as may be required by law, by order of a court, or be required for disclosure to a party's accounting or legal advisors."

5.     I executed the CSA on behalf of Flexible.

**FURTHER**, Affiant sayeth not.

Fred Antonini

SWORN AND SUBSCRIBED TO BEFORE ME, on this *13* day of February, 2006.

NOTARY PUBLIC, STATE OF TEXAS

DANA J. GALASSO
NOTARY PUBLIC
STATE OF TEXAS
My Comm Exp 03-12-2006

**AFFIDAVIT OF FRED ANTONINI CONCERNING**
**CONFIDENTIAL SETTLEMENT AGREEMENT**                                       **PAGE 2**
F:\Stor\RLS\FLEXIBLE\ACI\P&D\Antonini\AffConcerningConfidential.wpd

*Appx 16*

# Ex B1

# Confidential Settlement Agreement

# Effective May 10, 2005 (Under Seal)

## CONFIDENTIAL

# Exhibit Not Filed Herewith

# Due to its Confidentiality