MINUTE ORDER -- UNITED STATES DISTRICT COURT -- NORTHERN DISTRICT OF TEXAS

PLACE: Courtroom          JUDGE: John McBryde          DATE: 3-9-06

REPORTER: Eileen Brewer                                CSO: Charlie Simmons

LAW CLERK: Kathleen Galloway

---

| Time | Case No. and Style | Type of Proceedings & Results | Attorneys Present |
|---|---|---|---|
| 12:02-12:08 | 4:05-CV-021-A <u>Flexible Innovations, Ltd. V. American Covers, Inc. d/b/a Handstands</u> | Report to court regarding settlement conference in jury room.<br><br>Fred Antonini, President of Antonini Enterprises, Inc., General Partner of Flexible Innovations, Ltd., present.<br><br>Alan Wheatly, Chily Leung, and Jade Hansen, present for American Covers.<br><br>Case settled.<br><br>Motion of plaintiff, Flexible Innovations. Ltd., for contempt, filed February 15, 2006, denied per the agreement of the parties. | 1. For Flexible Innovations. Ltd., Richard L. Schwartz.<br><br>2. For American Covers, Mark Bettilyon, Peter de Jonge, and Steve Maxwell. |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 9 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy