Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent.
It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**ORDER**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
MAY - 5 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

05/02/06

cc:    Clerk's Office, DCT
      RICHARD L. SCHWARTZ
      PETER M. DE JONGE

**ISSUED AS A MANDATE: 05/02/06**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2006

JAN HORBALY
CLERK

FLEXIBLE INNOV V AMERICAN COVERS, 2006-1028
DCT - 4:05-CV-021

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By:_____ Date: 5/2/06

**NOTE:** Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

06-1028

FLEXIBLE INNOVATIONS, LTD.,

Plaintiff-Appellant,

v.

AMERICAN COVERS, INC.
(doing business as HandStands),

Defendant-Appellee.

# ORDER

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CLERK OF COURT

2006 MAY -5 AM 11:36

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIV.

U.S. District Court
Northern District of Texas
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3673

76102+3644-01 C024

COURT ORDER ENCLOSED